| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 7:22CR00161-001 |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00167-RFB-MDC-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| ZACHARY TYLER KENNETT | Western District of Texas | Midland/Odessa |
| | NAME OF SENTENCING JUDGE | |
| ☑ FILED  ☐ RECEIVED  ☐ ENTERED  ☐ SERVED ON  JUNE 09 2025  CLERK, U.S. DISTRICT COURT  DISTRICT OF NEVADA  BY: AMMi DEPUTY | U.S. District Judge David Counts | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/22/2024 — TO 11/21/2027 |

**OFFENSE**
Possession of a Firearm by a Prohibited Person, in violation of 18 U.S.C. § 922(g)(3) and 18 U.S.C. § 924(a)(2)

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Kennett released to and has established himself in the District of Nevada, Las Vegas Division.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _Western_ DISTRICT OF _Texas, Midland/Odessa Division_

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _District of Nevada, Las Vegas Division_ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

01/13/2025
*Date*

*[signature]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF _Nevada, Las Vegas Division_

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/10/2025
*Effective Date*

*[signature]*
*United States District Judge*

1